UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FRANK OCHOA,<br><br>              Petitioner,<br><br>     v.<br><br>M. S. EVANS, WARDEN,<br><br>              Respondent. | CASE NO. SA CV 07-1255-GAF (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 4, 2009.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~5059084.wpd